# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00660-BNB

DANIEL G. JOHNSON,

    Applicant,

v.

SARA M. REVELL, Warden,

    Respondent.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 8 2008

GREGORY C. LANGHAM
              CLERK

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Applicant, Daniel G. Johnson, a federal prisoner currently housed in the State of Colorado, originally filed a 28 U.S.C. § 2241 action in the United States District Court for the District of Arizona (District of Arizona). The District of Arizona determined that the action properly is filed in the United States District Court for the District of Colorado and entered an order that transferred the action to this Court.

As part of this Court's review pursuant to D.C.COLO.LCivR 8.2, this Court has determined that the submitted documents are deficient as described in this Order. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the Court's current form)
(7) ___ Names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the Court. Only an original has been received.
(9) ___ Other _____

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) _X_ is not on proper form (must use the Court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ Uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ Names in caption do not match names in text
(18) ___ Other _____

Accordingly, it is

ORDERED that Applicant cure the deficiency designated above **within thirty days from the date of this Order.** Any papers that Applicant files in response to this Order must include the civil action number on the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this Order, two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 Court-approved form. It is

2

FURTHER ORDERED that if Applicant fails to cure the designated deficiency **within thirty days from the date of this Order** the Application will be denied and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 8th day of April, 2008.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00660-BNB

Daniel G. Johnson
Reg. No. 13449-208
USP - Florence
PO Box 7000
Florence, CO 81226-7000

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 4/8/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk