IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00660-ZLW

DANIEL G. JOHNSON,

    Applicant,

v.

SARA M. REVELL,

    Respondent.

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

Weinshienk, Senior Judge

    Applicant has submitted a Notice of Appeal. Applicant previously was allowed to proceed **in forma pauperis** pursuant to 28 U.S.C. § 1915 in this Court in this action. The Court has examined the file and has determined that leave to proceed **in forma pauperis** on appeal must be denied. Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, the Court finds that this appeal is not taken in good faith because Applicant has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Accordingly, it is

    ORDERED that leave to proceed **in forma pauperis** on appeal is denied because this appeal is not taken in good faith. It is

    FURTHER ORDERED that Applicant's "Motion for Payment of Transcript of Sentencing Under the Criminal Justice Act," (Doc. No. 14), filed May 13, 2008, is DENIED as improperly filed in this Court. It is

FURTHER ORDERED that Applicant's Motion to Expand the Record of Appeal, (Doc. No. 13), filed May 13, 2008, and his Motion for Appointment of Counsel, (Doc. No. 12), filed May 13, 2008, both are DENIED with leave to re-file in the United States Court of Appeals.

DATED at Denver, Colorado this  15th  day of  May , 2008.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court